March 10, 2005

No. 04–8994 (04A769).  Powell v. North Carolina.  Sup. Ct. N. C.  Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied.  Certiorari denied.

March 15, 2005

No. 04–9131 (04A790).  In re Hall.  Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 04–9106 (04A787).  Slaughter v. Oklahoma.  Ct. Crim. App. Okla.  Application for stay of execution of sentence of death, presented to Justice Breyer, and by him referred to the Court, denied.  Certiorari denied.

March 17, 2005

No. 04A801.  Schindler et ux., Individually and as Next Friends of Schiavo v. Schiavo, as Guardian of Schiavo. Dist. Ct. App. Fla., 2d Dist.  Application for stay of enforcement of judgment pending the filing and disposition of petition for writ of certiorari, presented to Justice Kennedy, and by him referred to the Court, denied.

March 18, 2005

No. 04–1032.  Blackwell v. Beacon Journal Publishing Co., Inc., et al.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.